**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

ADAM ELLITHORPE and )
ASHLEY ELLITHORPE, )
                                )
      Plaintiffs, )
                                )
v. )      Civil No. 3:14-1026
                                )      Judge Trauger
CARLTON LEWIS, as Magistrate of the )
Juvenile Court of Davidson County, )
                                )
      Defendant. )

**O R D E R**

Pursuant to the Notice of Voluntary Dismissal of all claims against defendant Jena Story

by the plaintiffs (Docket No. 31), it is hereby **ORDERED** that the Clerk shall **TERM** the

Motion to Dismiss filed by defendant Story on June 16, 2014 (Docket No. 19).

The Magistrate Judge shall rule upon the plaintiffs' Second Motion to Amend Complaint

(Docket No. 32), and Judge Trauger shall rule upon the pending Motion to Dismiss filed by

defendant Carlton Lewis (Docket No. 10).

It is so **ORDERED**.

ENTER this 29th day of August 2014.

_____
     ALETA A. TRAUGER
     U.S. District Judge